# EXHIBIT A

# United States of America
### United States Patent and Trademark Office

# AMERICAN PSYCHO

**Reg. No. 7,732,337**  
**Registered Mar. 18, 2025**  
**Int. Cl.: 26**  
**Trademark**  
**Principal Register**

Edward R. Pressman Film Corporation (DELAWARE CORPORATION)  
11752 Darlington Ave  
Los Angeles, CALIFORNIA 90048

CLASS 26: Ornamental novelty pins and buttons

FIRST USE 11-00-2024; IN COMMERCE 11-00-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-797,914, FILED 06-28-2021

*[signature]*  
Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AMERICAN PSYCHO

**Reg. No. 7,127,998**  
**Registered Aug. 01, 2023**  
**Int. Cl.: 28**  
**Trademark**  
**Principal Register**

Edward R. Pressman Film Corporation  (DELAWARE CORPORATION)  
11752 Darlington Ave  
Los Angeles, CALIFORNIA 90048

CLASS 28: Toy figures; positionable toy figures; modeled plastic toy figureses

FIRST USE 8-00-2020; IN COMMERCE 8-00-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-796,344, FILED 06-25-2021




Director of the United States  
Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# AMERICAN PSYCHO

**Reg. No. 7,013,509**  
**Registered Mar. 28, 2023**  
**Int. Cl.: 25**  
**Trademark**  
**Principal Register**

Edward R. Pressman Film Corporation  (DELAWARE CORPORATION)  
11752 Darlington Ave  
Los Angeles, CALIFORNIA 90048

CLASS 25: Clothing, namely, shirts, t-shirts, sweat shirts, hooded sweat shirts, sweat pants, headwear, socks

FIRST USE 10-1-2020; IN COMMERCE 10-1-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-796,323, FILED 06-25-2021



*Katherine Kelly Vidal*

Director of the United States  
Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AMERICAN PSYCHO

**Reg. No. 7,732,335**  
**Registered Mar. 18, 2025**  
**Int. Cl.: 3**  
**Trademark**  
**Principal Register**

Edward R. Pressman Film Corporation (DELAWARE CORPORATION)  
11752 Darlington Ave  
Los Angeles, CALIFORNIA 90048

CLASS 3: Body fragrances, namely fragrances for personal use, eau de perfume, fragrances

FIRST USE 12-00-2022; IN COMMERCE 12-00-2022

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-796,275, FILED 06-25-2021



Acting Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# AMERICAN PSYCHO

**Reg. No. 7,732,336**  
**Registered Mar. 18, 2025**  
**Int. Cl.: 16**  
**Trademark**  
**Principal Register**

Edward R. Pressman Film Corporation  (DELAWARE CORPORATION)  
11752 Darlington Ave  
Los Angeles, CALIFORNIA 90048

CLASS 16: Printed posters; art prints; printed publications, namely, books in the field of entertainment and popular culture; stickers

FIRST USE 1-00-2024; IN COMMERCE 1-00-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-796,335, FILED 06-25-2021



Acting Director of the United States Patent and Trademark Office



# United States of America
### United States Patent and Trademark Office

# AMERICAN PSYCHO

**Reg. No. 7,754,910**

**Registered Apr. 08, 2025**

**Int. Cl.: 18**

**Trademark**

**Principal Register**

Edward R. Pressman Film Corporation (DELAWARE CORPORATION)
11752 Darlington Ave
Los Angeles, CALIFORNIA 90048

CLASS 18: Backpacks; knapsacks

FIRST USE 6-5-2024; IN COMMERCE 6-5-2024

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-796,309, FILED 06-25-2021



Acting Director of the United States Patent and Trademark Office



# United States of America
## United States Patent and Trademark Office

# AMERICAN PSYCHO

**Reg. No. 7,151,632**  
**Registered Aug. 29, 2023**  
**Int. Cl.: 14**  
**Trademark**  
**Principal Register**

Edward R. Pressman Film Corporation (DELAWARE CORPORATION)  
11752 Darlington Ave  
Los Angeles, CALIFORNIA 90048

CLASS 14: Jewelry

FIRST USE 6-2-2023; IN COMMERCE 6-2-2023

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-796,302, FILED 06-25-2021

*Katherine Kelly Vidal*

Director of the United States  
Patent and Trademark Office

