# EXHIBIT B

| Title of Work | Copyright No. | Year of Publication |
|---|---|---|
| *American psycho / an Edward R. Pressman production in association with Muse Productions & Christian Halsey Solomon; directed by Mary Harron.* | PA0001109042 | 2000 |
| *American psycho; Directed by Mary Harron.* | V3455D466 | 2000 |
| *American psycho.* | PAu002437164 | 1999 |
| *American psycho / By Guinevere Turner, as an employee for hire of Edward R. Pressman Film Corporation.* | V3413D700 | 1998 |
| *American psycho / By Mary Harron & Guinevere Turner.* | V3413D703 | 1998 |
| *American psycho; motion picture / Based on novel of same name by Brett Easton Ellis.* | V3456D960 | 2000 |
| *American psycho; motion picture / By Rob Weiss (development & script supervision services), as an employee for hire of Edward R. Pressman Film Corporation.* | V3413D701 | 1998 |